## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| PRIMROSE RETIREMENT COMMUNITIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALDEN TORCH FINANCIAL, LLC, ALDEN PACIFIC ASSET MANAGEMENT, LLC, GOOD HARBOR MANAGEMENT, LLC, PINNACLE PROPERTY MANAGEMENT SERVICES, LLC,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  6:19-CV-00103-RWS |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 13th day of November, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE